UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  *  CIVIL ACTION
CONSOLIDATED LITIGATION       *
                              *  NO. 05-4182
                              *
PERTAINS TO: LEVEE, MRGO      *  SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-6438, 06-0151, 06-5161, 06-5260, 06-5308, 06-5342, 06-5471, 06-5895, 06-6099, 06-6299, 06-6473, 06-6642, 06-7516, 06-8708, 07-1113, 07-1271, 07-1285, 07-1349, 07-3500, 07-4391, 07-4392, 07-4550, 07-4555, 07-4557, 07-4558, 07-4559, 07-4560, 07-4561, 07-4562, 07-4563, 07-4774, 07-4775, 07-4837, 07-4851, 07-4944, 07-4945, 07-4948, 07-4949, 07- 4952, 07-4953, 07-4957, 07-4958, 07-4960, 07-4963, 07-4964, 07-4965, 07-4966, 07-4967, 07-4968, 07-4969, 07-4970, 07-4971, 07-4972, 07-4973, 07-4974, 07-4975, 07-4976, 07-4977, 07-4978, 07-4979, 07-4980, 07-4981, 07-4982, 07-4983, 07-4984, 07-4985, 07-4988, 07-4989, 07-4990, 07-4991, 07-4992, 07-4993, 07-4994, 07-4995, 07-4996, 07-4997, 07-4998, 07-5000, 07-5001, 07-5002, 07-5003, 07-5004, 07-5005, 07-5006, 07-5007, 07-5008, 07-5009, 07-5011, 07-5012, 07-5013, 07-5014, 07-5015, 07-5016, 07-5017, 07-5018, 07-5019, 07-5020, 07-5067, 07-5155, 07-5184, 07-5186, 07-5187, 07-5193, 07-5254, 07-5286, 07-5318, 07-5319, 07-5321, 07-5322, 07-5323, 07-5324, 07-5327, 07-5329, 07-5330, 07-5334, 07-5338, 07-5339, 07-5340, 07-5341, 07-5342, 07-5343, 07-5344, 07-5345, 07-5346, 07-5347, 07-5348, 07-5349, 07-5350, 07-5351, 07-5352, 07-5353, 07-5354, 07-5355, 07-5356, 07-5361, 07-5362, 07-5363, 07-5364, 07-5365, 07-5366, 07-5367, 07-5368, 07-5369, 07-5371, 07-5373, 07-5374, 07-5375, 07-5376, 07-5378, 07-5397, 07-5494, 07-5495, 07-5496, 08-1192, 11-2062

## FINAL JUDGMEMT

Considering the previously filed Order and Reasons granting the Motion for Reopening of Suits and for Summary Judgment Pursuant to Final Judgment Approving Limited Fund Settlement of Claims filed by The Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District and St. Paul Fire & Marine Insurance Company,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the captioned lawsuits are reopened for the limited purpose of the Court's consideration and ruling on the present motion;

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that any and all claims asserted by plaintiffs in the captioned lawsuits against The Board of Commissioners of the Orleans Levee District, the Orleans Levee District (sometimes referred to as the Orleans Levee Board), the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, St. Paul Fire & Marine Insurance Company or any other party that qualifies as a "Released Party" as defined in the Class Settlement Agreement approved by The Hon. Ivan L.R. Lemelle in *Jared Vodanovich v. Boh Brothers Construction Co, LLC, et al.*, U.S.D.C. E.D.La., Civil Action No. 05-4191, Rec. Doc. 216, which includes but is not limited to The Board of Commissioners of the Southeast Louisiana Flood Protection Authority – East, the Southeast Louisiana Flood Protection Authority – East and Jim Huey, President of the Orleans Parish Levee Board, shall be, and are hereby, **DISMISSED, WITH PREJUDICE**.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that this this Court has determined that there is no just reason for delay and, therefore, this judgment shall be, and hereby is, certified as a final judgment for purposes of immediate appeal pursuant to Fed. R. Civ. P. 54(b).

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that the Clerk of Court shall file a copy of this Judgment into the record of each of the captioned suits.

2408201_1

3

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that each party shall bear their own costs.

New Orleans, Louisiana, this __27th__ day of _____July_____, 2016.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**

3

2408201_1